# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-453-833**

**Effective Date of Registration:**
October 30, 2024

**Registration Decision Date:**
October 30, 2024

## Title

Title of Work: Git commit 942e296ea7b85a106272eef15f266647212e0d89

## Completion/Publication

Year of Completion: 2024

## Author

- Author: Auston Bunsen
  Author Created: computer program
  Work made for hire: Yes
  Domiciled in: United States

- Author: AccessNinja, Inc., dba AccessGrid
  Author Created: computer program
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: AccessNinja, Inc., dba AccessGrid
3301 NE 1st Ave, L305, Miami, FL, 33137, United States

Transfer statement: By written agreement

## Rights and Permissions

Organization Name: AccessNinja, Inc.
Name: Auston Bunsen
Email: ab@accessgrid.com
Telephone: (954)670-3289
Alt. Telephone: (786)906-4810

|  |  |
|---:|:---|
| **Address:** | 3301 NE 1st Ave, L305 |
|  | Miami, FL 33137 United States |

## Certification

|  |  |
|---:|:---|
| **Name:** | Auston Bunsen |
| **Date:** | October 30, 2024 |
| **Applicant's Tracking Number:** | 56531.1 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |