UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24745-ALTMAN/Lett

**ACCESSNINJA, INC.** *d/b/a*
**ACCESSGRID**,

    *Plaintiff*,

v.

**PASSNINJA, INC.** and
**RICHARD GRUNDY**,

    *Defendants*.

_____/

**ORDER**

For the reasons stated on the record during our August 28, 2025, motion hearing, *see* Aug. 28, 2025, Paperless Minutes [ECF No. 99], we hereby **ORDER and ADJUDGE** as follows:

1. The Joint Motion for Extension of Time [ECF No. 95] and Defendant's Motion to Extend Discovery and Expert Deadlines [ECF No. 97] are **GRANTED in part** and **DENIED in part**. The parties shall comply with the following discovery deadlines:

   a. The parties shall exchange expert witness summaries or reports by **October 24, 2025**.

   b. The parties shall exchange rebuttal expert witness summaries or reports by **November 7, 2025**.

   c. The parties shall complete all discovery, including expert discovery, by **November 21, 2025**.

2. All other non-discovery deadlines are **STAYED** pending our resolution of the Plaintiff's Motion for Preliminary Injunction [ECF No. 6]. The case will also be administratively

**CLOSED**. Any party may move to reopen the case and lift the stay once we've adjudicated the preliminary-injunction motion.

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record