**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-24745-ALTMAN/Lett**

**ACCESSNINJA, INC.** *d/b/a*
**ACCESSGRID**,

*Plaintiff*,

*v.*

**PASSNINJA, INC.** and
**RICHARD GRUNDY**,

*Defendants.*
_______________________________/

**ORDER**

For the reasons stated on the record during our August 31, 2026 Status Conference, *see* Aug. 31, 2026, Paperless Minute Entry [ECF No. 226], the Plaintiff's Renewed Motion for Preliminary Injunction (the "Motion") [ECF No. 145] has been **WITHDRAWN**. The Clerk is directed to **TERMINATE** the Motion.

**DONE AND ORDERED** in the Southern District of Florida on August 31, 2026.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record